IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NATHANIEL J. DAVIS,<br><br>            Defendant. | 9:17-PO-5094-JCL<br>CVB Violation No:<br>FBDW009S<br><br>ORDER DISMISSING |

The government has moved to dismiss the above referenced violation notice with prejudice. Accordingly,

**IT IS ORDERED** that violation notice FBDW009S is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 1818 Phillips St., Apt. 4, Missoula, MT 59802, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 16th day of November, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c:    USA
       Def
       CVB

ORDER DISMISSING - PAGE 1